**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 205 WAL 2018

          Respondent     :

                             :     Petition for Allowance of Appeal from

                             :     the Order of the Superior Court

          v.                       :

                             :

GENE BROWN,                 :

                             :

          Petitioner     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.